1  Daniel H. Fingerman (CSB # 229683)
     dfingerman@mount.com
2  Kathryn G. Spelman (CSB # 154512)
     kspelman@mount.com
3  MOUNT & STOELKER, P.C.
   RiverPark Tower, Suite 1650
4  333 West San Carlos Street
   San Jose, California 95110-2740
5  Telephone: (408) 279-7000
   Facsimile:  (408) 998-1473
6
   Attorneys for Plaintiff
7  SAN FRANCISCO TECHNOLOGY, INC.

8

9  Kelly L. Baxter (CSB # 232286)
     kelly.baxter@ropesgray.com
10 ROPES & GRAY LLP
   1900 University Avenue, 6th Floor
11 East Palo Alto, California 94303-2284
   Telephone:  (650) 617-4000
12 Facsimile:  (650) 617-4090

13 Attorney for Defendant
   PFIZER INC.

14

15                         **UNITED STATES DISTRICT COURT**

16                         **NORTHERN DISTRICT OF CALIFORNIA**

17                              **SAN FRANCISCO DIVISION**

18

19 SAN FRANCISCO TECHNOLOGY, INC.,    )   Case No. 3:10-cv-5597-MEJ
                                      )
20          Plaintiff,                )
                                      )   **Stipulation to Extend Time for Pfizer Inc.**
21     v.                             )   **to Respond to Complaint [Civil Local**
                                      )   **Rule 6-1(a)]**
22 PFIZER INC.,                       )
                                      )
23          Defendant.                )   Hon. Maria-Elena James
                                      )   Complaint filed: December 9, 2010
24                                    )

25

26         IT IS HEREBY STIPULATED AND AGREED between Plaintiff San Francisco

27 Technology Inc. and Defendant Pfizer Inc. ("Pfizer"), that pursuant to Civil L.R. 6-1(a), Pfizer

28 shall have until February 7, 2011, to file and serve its responsive pleading in this matter.

**STIPULATION TO EXTEND TIME FOR
DEFENDANT PFIZER INC. TO RESPOND TO COMPLAINT
Case No. 3:10-cv-5597-MEJ**

| | | |
|---|---|---|
| 1 | Dated: January 7, 2011 | By:  /s/ *Kelly L. Baxter* |
| 2 | | Kelly L. Baxter (CSB # 232286) |
| | | kelly.baxter@ropesgray.com |
| 3 | | ROPES & GRAY LLP |
| | | 1900 University Avenue, 6th Floor |
| 4 | | East Palo Alto, California 94303-2284 |
| | | Telephone:  (650) 617-4000 |
| 5 | | Facsimile:  (650) 617-4090 |
| 6 | | Attorney for Defendant |
| 7 | | PFIZER INC. |

Dated: January 7, 2011                By:  /s/ *Daniel H. Fingerman*
                                          Daniel H. Fingerman (CSB # 229683)
                                           dfingerman@mount.com
                                          Kathryn G. Spelman (CSB # 154512)
                                           kspelman@mount.com
                                          MOUNT & STOELKER, P.C.
                                          RiverPark Tower, Suite 1650
                                          333 West San Carlos Street
                                          San Jose, California 95110-2740
                                          Telephone: (408) 279-7000
                                          Facsimile:  (408) 998-1473

                                          Attorneys for Plaintiff
                                          SAN FRANCISCO TECHNOLOGY, INC.

In accordance with General Order No. 45, Rule X, the below signatory attests that concurrence in filing of this document has been obtained from each signatory above.

Dated: January 7, 2011                            /s/ *Kelly L. Baxter*
                                                  Kelly L. Baxter
                                                  Attorney for Pfizer Inc.

IT IS SO ORDERED.

Dated: January 11, 2011                           _____
                                                  Honorable Maria-Elena James
                                                  United States Magistrate Judge

**STIPULATION TO EXTEND TIME FOR**                                                   2
**DEFENDANT PFIZER INC. TO RESPOND TO COMPLAINT**
**Case No. 3:10-cv-5597-MEJ**