Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, Oakland Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Pfizer Inc.<br><br>Defendant | Case No. 4:10-cv-05597-SBA<br><br>**Stipulation and [Proposed] Order to Continue CMC and Motion Hearing** |

The parties stipulate and request that the court order as follows:

1. This case was reassigned from a Magistrate Judge to the Honorable Saundra B. Armstrong on January 21, 2011 (Docket No. 11).  On February 1, the court entered an order scheduling the initial Case Management Conference (CMC) for March 17 at 3:15 pm (Docket No. 12).  Defendant's lead counsel is not available on this date.

2. On February 7, Defendant filed a motion seeking dismissal or, in the alternative, transfer of this case to the District of New Jersey (Docket No. 16).  That motion was originally noticed to be heard on April 26.  On February 9, the clerk entered a notice, rescheduling the hearing for May 17 at 1pm.  Plaintiff's counsel is not available on this date.

3. The parties request that the initial CMC and the hearing on Pfizer's motion be consolidated and occur on Tuesday, May 31, 2011 at 1:00 p.m.  Both parties' counsel are available on this date.

| | |
|---|---|
| Date: March 4, 2011 | Mount, Spelman & Fingerman, P.C. |
| | /s/ Daniel H. Fingerman |
| | Counsel for San Francisco Technology Inc. |
| Date: March 4, 2011 | Ropes & Gray LLP |
| | /s/ Jacqueline M. James |
| | Counsel for Pfizer Inc. |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the March 17, 2011 initial Case Management Conference and the May 17, 2011 hearing on Defendant's motion (Docket No. 16) are both CONTINUED to **June 21, 2011 at 1:00 p.m.**

Date: 3/8/11

*Saundra B. Armstrong*

Saundra B. Armstrong, U.S. District Judge

Stipulation and [Proposed] Order to Continue CMC and Motion Hearing

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: March 4, 2011                                             Mount, Spelman & Fingerman, P.C.,

                                                                               /s/ Daniel H. Fingerman
                                                           Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False012\Attorney Notes\Drafts\Stipulation to continue CMC & motion hearing.doc